# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OLINDA LAWRENCE** | **CIVIL ACTION NO.** _____ |
| **VERSUS** | **JUDGE** _____ |
| **UPS** | **MAGISTRATE JUDGE** _____ |

### NOTICE OF REMOVAL

TO:     Olinda Lawrence
1634 JoAnn Place (70114)
Post Office Box 52982
New Orleans, Louisiana 70152
Telephone: (504) 247-3267

PLEASE TAKE NOTICE that defendant, United Parcel Service, Inc. ("UPS"), pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446, hereby files this Notice of Removal of that certain cause of action now pending in the Second City Court for the City of New Orleans in and for the Parish of Orleans, *Olinda Lawrence v. UPS*, bearing Docket No. 2017-00699-S, to the United States District Court for the Eastern District of Louisiana.  Copies of this Notice of Removal are herewith served upon plaintiff, Olinda Lawrence, and a copy of this Notice of Removal is being filed with the Clerk of the aforesaid state court, in conformity with 28 U.S.C. § 1446(d).  UPS respectfully represents that the grounds for removal are as follows:

1.

On or about May 30, 2017, plaintiff filed a petition which is now pending in the Second City Court for the City of New Orleans in and for the Parish of Orleans, bearing Docket No. 2017-00699-S, which is within the Eastern District of Louisiana.

2.

On or about June 9, 2017, UPS was served with a copy of the petition.  Thirty (30) days have not expired since the receipt by UPS, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

3.

Plaintiff asserted claims arising under federal law.  The nature of this action is more fully set forth in plaintiff's petition, a copy of which is filed herewith.  The aforesaid petition alleges that defendant improperly issued a Form 1099 for $10,000 as "other income." (Petition, ¶ 1)  Plaintiff alleges that the issuance of the Form 1099 to Plaintiff constituted tax fraud, presumably invoking 26 U.S.C. § 7434.  Plaintiff alleges that she attempted to contact her employer and the Internal Revenue Service regarding the Form, but was unable to obtain an explanation.  (Petition, ¶ 2)  Plaintiff's allegations regarding whether the settlement funds were appropriately taxed and whether defendant issued the appropriate tax form arises under federal law, including but not limited to Internal Revenue Statutes and Regulations and Treasury Regulations.  Because plaintiff's petition asserts claims arising under federal law, UPS is entitled to remove this action to this Court.

4.

UPS is the only defendant in this action.  Therefore, all defendants who have been served consent to the removal of this action.

5.

The above-described action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, stating that "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Therefore, pursuant to 28

U.S.C. § 1441, this case may be removed to the United States District Court for the Eastern District of Louisiana.   The removal of this action is not intended to waive any arguments, defenses, protections or objections defendant may have or be entitled to under federal or state law or rules of procedure.

6.

Attached hereto as *Exhibit A* are copies of all process, pleadings, and orders from Case No. 2017-00699-S pending in the Second City Court of New Orleans.

7.

Promptly after this notice of removal is filed, written notice thereof will be given to all adverse parties and a copy of this Notice of Removal will be filed with the clerk of the aforesaid state court to affect the removal of this civil action to this Honorable Court as provided by law.

WHEREFORE, defendant, UPS, prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

> Respectfully submitted,
> **PHELPS DUNBAR LLP**
>
> BY:     */s/ Molly L. Csaki*
> _____
> Susan W. Furr, Bar Roll No. 19582
> Molly L. Csaki, Bar Roll No. 36426
> II City Plaza • Suite 1100
> 400 Convention Street
> Baton Rouge, Louisiana 70802-5618
> P.O. Box 4412

Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: susie.furr@phelps.com
          molly.csaki@phelps.com

ATTORNEYS FOR DEFENDANT, UPS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on the following

plaintiff this 7th day of July, 2017, by UPS, Tracking No. 1Z Y48 71X 01 9067 5892 and U.S.

Mail, properly addressed and postage prepaid:

Olinda Lawrence
1634 JoAnn Place (70114)
Post Office Box 52982
New Orleans, Louisiana  70152

/s/ Molly L. Csaki
Molly L. Csaki

PD.21757892.1